# DECISIONS PER CURIAM IN NOTARIAL MATTERS FROM JUNE 15, 1914, TO DECEMBER 31, 1914.

No. 372. Ex PARTE BESOSA, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on June 19, 1914. Decided June 22, 1914. Bond approved. The petitioner appeared *pro se.*

No. 379. Ex PARTE COBALLES, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 18, 1914. Decided June 24, 1914. Bond approved. The petitioner appeared *pro se.*

No. 375. Ex PARTE GUZMÁN, PETITIONER.—Petition for the approval of notarial surety bond executed by the Fidelity and Deposit Company of Maryland on June 20, 1914. Decided June 30, 1914. Bond approved. The petitioner appeared *pro se.*

No. 419. Ex PARTE LÓPEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company. Decided July 7, 1914. Bond approved. The petitioner appeared *pro se.*

No. 72. Ex PARTE SUCCESSION OF AMILL, PETITIONER.—Proceedings begun in the District Court of San Juan, Section 1,